**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LEWIS M. MOTON, JR.,

    Plaintiff,

v.                                        Case No. 8:06-CV-2163-T-30EAJ

CAPTAIN B.E. COWART, et. al.,

    Defendants.
_____/

**O R D E R**

    Before the Court is Plaintiff's Emergency Motion for Order to Immediately Produce Plaintiff's Legal Work and Personal Property and for Order to Retain Security Video Tapes and for Injunction and Temporary Restraining Order ("motion") (Dkt. 29). Plaintiff did not serve a copy of his motion on Defendants. Consequently, the Court construes the motion as seeking a temporary restraining order under Fed. R. Civ. P. 65(b).

    The Defendants are corrections officers at Hardee Correctional Institution. Plaintiff is currently incarcerated at Charlotte Correctional Institution. In his motion, Plaintiff asks the Court to: 1) direct the Warden at Charlotte Correctional Institution to immediately return to him his legal work and personal property; 2) direct the Warden at Charlotte Correctional Institution to retain certain security video tapes; 3) enter an injunction against the Florida Department of Corrections prohibiting it from hiring and continuing to employee racist individuals; and 4) enter a restraining order prohibiting all Florida Department of Corrections staff from retaliating against Plaintiff for exercising his federally protected rights.

The Court is of the opinion that Plaintiff has failed to comply with the strictures of Fed. R. Civ. P. 65 and Rules 4.05 and 4.06, Local Rules of the Middle District of Florida. Further, because Plaintiff has been transferred from Hardee Correctional Institution, the Defendants are no longer in a position to assert authority over him. The Court lacks jurisdiction to enter a preliminary injunction or temporary restraining order against individuals who are not parties to these proceedings.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's motion for a temporary restraining order (Dkt. 29) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 6, 2007.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copies to:
All Parties of Record